| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **Southern District of Texas** | |
| Case number (if known): _____   Chapter **11** | ☐ Check if this is an amended filing |

## Official Form 201

### Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. Debtor's name | **American Medical Home Health Services, LLC** |
|---|---|
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | **American Medical Home Health Services-Mathis** |
| 3. Debtor's federal Employer Identification Number (EIN) | **7 4 – 2 9 3 6 1 4 9** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1409 North Stuart Place Road**<br>Number   Street | **506 Valley Brook Road**<br>Number   Street |
| **Harlingen, TX 78552**<br>City   State   ZIP Code | **Canonsburg, PA 15317**<br>City   State   ZIP Code |
| **Cameron**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number   Street<br><br>City   State   ZIP Code |

| 5. Debtor's website (URL) | https://www.americanmedicalprograms.com/ |
|---|---|
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page **1**

Debtor  **American Medical Home Health Services, LLC**  Case number *(if known)* _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY
      District _____  When _____  Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor **Hub City Home Health Inc**  Relationship _____
       District **Southern District of Texas**  When _____
                                            MM / DD / YYYY
       Case number, if known _____

Debtor **American Medical Home Health Services, LLC**  Case number *(if known)*
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☒ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☒ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  **American Medical Home Health Services, LLC**            Case number *(if known)* _____
    Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/09/2024**
            MM/ DD/ YYYY

X  **/s/ Robert Dojonovic**                                              **Robert Dojonovic**
Signature of authorized representative of debtor            Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Shelby A Jordan**            Date **11/09/2024**
Signature of attorney for debtor                          MM/ DD/ YYYY

**Shelby A Jordan**
Printed name

**Jordan & Ortiz, P.C.**
Firm name

**500 N Shoreline Blvd. 804**
Number     Street

**Corpus Christi**                              **TX**          **78401**
City                                            State         ZIP Code

**(361) 884-5678**                              **sjordan@jhwclaw.com**
Contact phone                                   Email address

**11016700**                                    **TX**
Bar number                                      State

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 4

Debtor  **American Medical Home Health Services, LLC**  Case number *(if known)*
      Name

**Additional Page**

10. Continued

| | |
|---|---|
| Debtor **American Medical Home Health Services - San Antonio, LLC** | Relationship _____ |
| District **Southern District of Texas** | When _____ MM / DD / YYYY |
| Case number, if known _____ | |
| Debtor **American Medical Hospice Care LLC** | Relationship _____ |
| District **Southern District of Texas** | When _____ MM / DD / YYYY |
| Case number, if known _____ | |
| Debtor **American Medical Programs, Inc.** | Relationship _____ |
| District **Southern District of Texas** | When _____ MM / DD / YYYY |
| Case number, if known _____ | |

Fill in this information to identify the case:

Debtor name: **American Medical Home Health Services, LLC**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Small Business Administration<br>2 North 20th Street Suite 320<br>Birmingham, AL 35203 | | Disaster COVID-19 Economic Injury | | | | $150,000.00 |
| 2 | Optum Financial, Inc<br>11000 Optum Circle<br>Eden Prairie, MN 55344 | | Temporary Funding Assistance Program | | | | $71,300.00 |
| 3 | Whyte Appeals<br>310 W. Sunset St.<br>San Antonio, TX 78209 | | Appeal Attorneys | | | | $11,880.00 |
| 4 | Choice Living Community<br>PO Box 71387<br>Corpus Christi, TX 78467 | | Vocational Therapy | | | | $1,256.64 |
| 5 | Inovalon<br>PO Box 856015<br>Minneapolis, MN 55485 | | Claims Management Medical Pro Software | | | | $942.50 |
| 6 | Adrianna Guiterrez, LMT<br>7418 San Remo Court<br>Corpus Christi, TX 78414 | | Massage Therapy | | | | $929.16 |
| 7 | ETC Lite, LLC<br>PO Box 700970<br>San Antonio, TX 78270 | | Code determination and consulting | | | | $507.81 |
| 8 | Green Mountain<br>PO Box 121233<br>Dallas, TX 75312 | | Electric - Beeville | | | | $450.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **American Medical Home Health Services, LLC**                                     Case number *(if known)*
　　　　　Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Mario Hinojosa<br>1012 Cherry Street<br>Alice, TX 78332 | | Custodian | | | | $355.15 |
| 10 | Lisa Gallegos<br>7810 Grizzley Drive<br>Corpus Christi, TX 78414 | | Massage Therapy | | | | $309.72 |
| 11 | Spectrum<br>PO Box 60074<br>City of Industry, CA 91716 | | Internet | | | | $230.00 |
| 12 | Staples<br>PO Box 70242<br>Philadelphia, PA 19176 | | Office Supplies | | | | $230.00 |
| 13 | Culligan<br>110 N Staples Street<br>Corpus Christi, TX 78401 | | Water for Office | | | | $50.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case:

Debtor name  **American Medical Home Health Services, LLC**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/09/2024**
MM/ DD/ YYYY

X  **/s/ Robert Dojonovic**
Signature of individual signing on behalf of debtor

**Robert Dojonovic**
Printed name

**President**
Position or relationship to debtor

Official Form B202        Declaration Under Penalty of Perjury for Non-Individual Debtors

6:03 PM
11/08/24
Cash Basis

# Mathis - American Medical Home Health Services
## Balance Sheet
### As of December 31, 2023

|  | Dec 31, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1005 · PNC Bank | -14,012.17 |
| 1010 · CHASE - Payroll Account (9823) | -630,050.45 |
| 1012 · CHASE - A/R  Account (8599) | 2,835,538.62 |
| **Total Checking/Savings** | 2,191,476.00 |
| **Other Current Assets** | |
| 1050 PAS Payroll Clearing | 633,216.97 |
| **Prepaid Expenses** | |
| Loan to Affiliate Companies | 3,270,220.51 |
| 1310 · Security Deposits | 500.00 |
| **Total Prepaid Expenses** | 3,270,720.51 |
| **Total Other Current Assets** | 3,903,937.48 |
| **Total Current Assets** | 6,095,413.48 |
| **TOTAL ASSETS** | **6,095,413.48** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| ERC Monies | 2,122,104.01 |
| **Payroll Liabilities** | |
| 2105 · Child Support Payable | 183.68 |
| 2510 · Fica & Fit (941) Payable | 35,659.37 |
| 2511 · Futa Tax (940) Payable | 2,911.50 |
| 2512 · Suta (TWC) Payable | 9,246.63 |
| 2513 · Cares Act Deferred Employer SS | 76,872.48 |
| **Total Payroll Liabilities** | 124,873.66 |
| **Total Other Current Liabilities** | 2,246,977.67 |
| **Total Current Liabilities** | 2,246,977.67 |
| **Long Term Liabilities** | |
| 2908 · N/P SBA | 150,000.00 |
| **Total Long Term Liabilities** | 150,000.00 |
| **Total Liabilities** | 2,396,977.67 |
| **Equity** | |
| 3900 · Retained Earnings | 2,593,327.80 |
| Net Income | 1,105,108.01 |
| **Total Equity** | 3,698,435.81 |
| **TOTAL LIABILITIES & EQUITY** | **6,095,413.48** |

5:59 PM
11/08/24
Cash Basis

# Mathis - American Medical Home Health Services
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Income - PHC** | |
| 4002 · Income - PHC Private Pay | 22,335.97 |
| 4006 · Income PHC - BCBS of Texas | 4,520.97 |
| 4010 · Income PHC - Centene Corp | 2,159,429.14 |
| 4011 · Income PHC - Coastal Bend | 827.64 |
| 4015 · Income PHC - UHC Comm (MCaid) | 965,285.53 |
| 4020 · Income PHC - Molina HC of TX | 3,300.77 |
| 4025 · Income PHC - Driscoll Children | 181,639.83 |
| 4030 · Income PHC - TMHP Health&Human | 2,324,461.86 |
| 4040 · Income PHC- Amerigroup | 35,959.99 |
| 4000 · Income - PHC - Other | 31,786.00 |
| **Total 4000 · Income - PHC** | **5,729,547.70** |
| **4100 · Income - Home Health** | |
| 4111 · HH - Humana | 3,444.00 |
| 4100 · Income - Home Health - Other | 113,257.02 |
| **Total 4100 · Income - Home Health** | **116,701.02** |
| **Total Income** | **5,846,248.72** |
| **Gross Profit** | **5,846,248.72** |
| **Expense** | |
| **5100 · Operating Expense** | |
| Interest Expense | 8,114.62 |
| 5103 · Bank Fees | 3,507.89 |
| **5111 · Contracted Services** | |
| 5112 · Contracted Accounting Services | 17,250.00 |
| 5113 · Contracted Billing Services | 5,334.28 |
| 5116 · Contracted Consultant | 6,245.71 |
| 5111 · Contracted Services - Other | 22,235.57 |
| **Total 5111 · Contracted Services** | **51,065.56** |
| **5120 · Contracted Therapy Services** | |
| 5122 · Contracted - PT Services | 31,617.00 |
| 5124 · Contracted - OT Services | 190.00 |
| 5125 · Contracted - Massage Therapy | 7,026.74 |
| **Total 5120 · Contracted Therapy Services** | **38,833.74** |
| **5205 · Insurance** | |
| 5206 · Insurance - Section 125 (Emp) | 9,289.41 |
| 5208 · Insurance - Prof & Bldg Content | 16,028.08 |
| **Total 5205 · Insurance** | **25,317.49** |
| 5220 · Legal and Professional Fees | 3,000.00 |
| 5222 · Marketing Expense | 24.31 |
| 5225 · Management Fees | 96,000.00 |
| 5228 · Medical Supplies | 440.72 |
| 5229 · Medical Expense - Class | 9,590.00 |
| **5230 · Mileage Expense** | |
| 5243 · Mileage - PAS Manager | 9,113.84 |
| **Total 5230 · Mileage Expense** | **9,113.84** |
| 5400 · Office Expense | 4,870.12 |
| **5590 · Rent** | |
| 5600 · Rent - Building | 12,000.00 |
| **Total 5590 · Rent** | **12,000.00** |

Page 1

5:59 PM
11/08/24
Cash Basis

**Mathis - American Medical Home Health Services**
**Profit & Loss**
January through December 2023

|  | Jan - Dec 23 |
|---|---:|
| **5610 · Repairs & Maintenance** | |
| 5612 · Repairs & Maintenance - Equip | 305.53 |
| 5610 · Repairs & Maintenance - Other | 2,040.00 |
| **Total 5610 · Repairs & Maintenance** | 2,345.53 |
| **5625 · Software Fee Expense** | 14,323.94 |
| **6305 · Taxes - Property** | 352.22 |
| **6307 · Taxes - Franchise** | 50.00 |
| **6340 · Telecommunications** | |
| 6341 · Cell Phones | 778.41 |
| 6342 · Internet | 3,772.31 |
| **Total 6340 · Telecommunications** | 4,550.72 |
| **6390 · Utilities** | 4,487.54 |
| **6500 · Payroll Wages** | |
| 6526 · Holiday Bonus | 2,000.00 |
| 6535 · Marketing Wages | 5,600.00 |
| **Total 6500 · Payroll Wages** | 7,600.00 |
| **6550 · Payroll Tax Expense** | |
| 6561 · Futa (940) Tax Expense | 927.37 |
| 6562 · Medicare Tax Expense | 64,539.74 |
| 6563 · Social Security Tax Expense | 327,324.66 |
| 6564 · Suta (TWC) Tax Expense | 9,246.63 |
| **Total 6550 · Payroll Tax Expense** | 402,038.40 |
| **6600 · Wages PAS - Payroll** | |
| 6615 · PAS - Coordination Wages | 36,811.75 |
| 6620 · PAS - EVV Wages | 31,200.00 |
| 6625 · PAS - Field Supervisor Wages | 40,526.23 |
| 6635 · PAS - Manager Wages | 15,888.00 |
| 6650 · PAS - Provider Wages | 4,140,421.11 |
| **Total 6600 · Wages PAS - Payroll** | 4,264,847.09 |
| **Total 5100 · Operating Expense** | 4,962,473.73 |
| **Total Expense** | 4,962,473.73 |
| **Net Ordinary Income** | 883,774.99 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 220,133.02 |
| 7000 · Other Income | 1,200.00 |
| **Total Other Income** | 221,333.02 |
| **Net Other Income** | 221,333.02 |
| **Net Income** | **1,105,108.01** |

Page 2

# 2023 TAX RETURN WILL BE FILED UNDER SEAL UNDER A SEPARATE DOCKET NO.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE: **American Medical Home Health Services, LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **11/09/2024**          Signature          **/s/ Robert Dojonovic**
                                                 Robert Dojonovic, President

A.C.L.S., Inc.
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213


Adrianna Guiterrez, LMT
7418 San Remo Court
Corpus Christi, TX 78414


All Seasons Home Care, Inc.
c/o Jefferson Cano
Emma Cano
Will Davidson
112 East Pecan Street Suite 1650
San Antonio, TX 78205

All Seasons Home Care, Inc.
104 W. Huntington Street
Beeville, TX 78102


All Seasons Home Health & Palliative Care
15420 Nacogdoches Road
San Antonio, TX 78247


All Seasons Hospice of Texas
15420 Nacogdoches Road
San Antonio, TX 78247


Ambrosio "Ambrose" Hernandez
3404 San Eduardo Street
Mission, TX 78572


Choice Living Community
PO Box 71387
Corpus Christi, TX 78467

Christine B Gomez
1022 Forest Oak Drive
Portland, TX 78374


Christine B. Gomez
6321 Revolution Drive
Corpus Christi, TX 78413


Christine B. Gomez
5541 Bear Lane No 218
Corpus Christi, TX 78405


Coastal Home Health Care
227 N FM 3167 Space B
Rio Grande City, TX 78582


Coastal Home Health Care
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213


Coastal Home Health Care
6000 Staple Street Suite 403B
Corpus Christi, TX 78413


Culligan
110 N Staples Street
Corpus Christi, TX 78401


Datalogic Software
1605 W Tayler Avenue
Harlingen, TX 78550

Deluxe Business
PO Box 4656
Carol Stream, IL 60197

DME Expres
PO Box 679654
Dallas, TX 75267

Enclara Pharmacia
PO Box 745791
Atlanta, GA 30374

ETC Lite, LLC
PO Box 700970
San Antonio, TX 78270

Green Mountain
PO Box 121233
Dallas, TX 75312

Inovalon
PO Box 856015
Minneapolis, MN 55485

Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

Gutierrez, MD A Jose
c/o Dosydoe Realty
PO Box 773
Hebbronville, TX 78361

Legacy Home Care Services, Inc.
c/o Jefferson Cano
Emma Cano
Will Davidson
112 East Pecan Street Suite 1650
78205

Legacy Home Health Agency, Inc.
c/o JEFFERSON CANO
Emma Cano
Will Davidson
112 East Pecan Street Suite 1650
San Antonio, TX 78205

Legacy Hospice Care, LLC
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213

Legado Management, LLC
c/o Ambrose Hernandez
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213

Legatus Leasing, LLC
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213

Lisa Gallegos
7810 Grizzley Drive
Corpus Christi, TX 78414

Mario Hinojosa
1012 Cherry Street
Alice, TX 78332

McKesson
PO Box 63440
Cincinnati, OH 45263

Medicare Exchange LLC
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213


New Way Medical
PO Box 679672
Dallas, TX 75267


Office of The United States Trustee
515 Rusk Street Suite 3516
Houston, TX 77002


Optum Financial, Inc
11000 Optum Circle
Eden Prairie, MN 55344


Renee Z. Hernandez a/k/a Renee Z. Sanchez
3404 San Eduardo Street
Mission, TX 78572


Renee Z. Hernandez aka Renee Z. Sanchez
6655 First Park Ten Blvd Suite 200
San Antonio, TX 78213


Restorative Health Care
2522 Buddy Owens Blvd Bldg A
Mcallen, TX 78504


Restorative Health Care of South Texas
8600 Wurzbach Road Suite 700
San Antonio, TX 78240

Restorative Health Services, LLC
c/o Jefferson Cano
Emma Cano
Will Davidson
112 East Pecan Street Suite 1650
San Antonio, TX 78205

Reynolds Bee Rentals, LLC
PO Box 1482
Beeville, TX 78104

RPSA Law
c/o Sylvia Cardona
Nathan Ketterling
755 East Mulberry Suite 200
San Antonio, TX 78212

Spectrum
PO Box 60074
City of Industry, CA 91716

Staples
PO Box 70242
Philadelphia, PA 19176

Stericycle
28883 Network Place
Chicago, IL 60673

US Small Business Administration
2 North 20th Street Suite 320
Birmingham, AL 35203

WellSky
PO Box 207613
Dallas, TX 75320

Whyte Appeals
310 W. Sunset St.
San Antonio, TX 78209